THE STATE, EX REL. O'GRADY ET AL., *v.* BROWN, SECY. OF
STATE, ET AL.

[Cite as State, ex rel. O'Grady, v. Brown (1976),
47 Ohio St. 2d 265.]

(No. 76-941—Decided September 22, 1976.)

*Messrs. Alexander, Ebinger, Holschuh, Fisher & Mc-Alister* and *Mr. Robert B. McAlister,* for relators.

*Mr. William J. Brown,* attorney general, and *Mr. Thomas V. Martin,* for respondent secretary of state.

*Mr. Edward A. Harter, Ms. Judith E. Christopher, Mr. Frederick M. Gittes, Mr. Jonathan W. Marshall, Mr. John Quinn, Mr. Thomas Sweeney* and *Mr. John Quigley,* for respondent intervenors

*Per Curiam.* The circulation of more than one proposed constitutional amendment in a single initiative petition was approved by this court in *State, ex rel. Hubbell,* v. *Bettman* (1931), 124 Ohio St. 24.

Although the proposed amendments herein contain multiple provisions, each of the amendments contains one general purpose.

This court finds no abuse of respondent's discretion in the preparation of the condensed texts. They are sufficiently complete to inform the voters of the issues before them.

Respondent's authority to reject part-petitions which are not properly verified was upheld in *State, ex rel. Herbert,* v. *Mitchell* (1939), 136 Ohio St. 1, 8.

There being no showing of respondent's failure to perform a clear, legal duty, or abuse of discretion in the performance of that duty, the writ of mandamus is denied.

There being no showing that respondent is about to perform acts beyond his authority, the writ of prohibition is denied.

*Writs denied.*

O'NEILL, C. J., HERBERT, CORRIGAN, STERN, CELEBREZZE, W. BROWN and P. BROWN, JJ., concur.